**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RODRIGO CARVALHO DE ANDRADE, | Case No. 26-183 |
| Petitioner, | |
| v. | **PETITION FOR WRIT OF HABEAS CORPUS** |
| MICHAEL NESSINGER, Warden of Wyatt Detention Facility, DAVID T. WESLING, Boston Acting Field Office Director, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigrations and Customs Enforcement, and MARKWAYNE MULLIN, U.S. Secretary of Homeland Security, | |
| Respondents. | |

**PETITIONER'S EXHIBIT INDEX**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | USCIS Receipt Notice for I-589 |
| B | Order of Release on Recognizance |
| C | Birth Certificate of Petitioner's Son |
| D | Employment Authorization Document |

Dated: March 27, 2026

Respectfully submitted,

*/s/ Stephen M. Born*
Stephen M. Born, Esq.
Mills & Born, LLC
33 Chelsea St.
Everett, MA 02149
(781) 321-1402
sborn@millsandborn.com

*Counsel for Petitioner*

1