

Department of Homeland Security
U.S. Citizenship and Immigration Serv

2021/03/17

Form I-797C, Notice of Action

Case 1:26-cv-00183-JJM-PAS     Document 1-3     Filed 03/30/26     Page 6 of 19

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>ZBO2248899530 | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|
| Received Date<br>11/19/2021 | Priority Date | Applicant A213 401 003<br>DE ANDRADE, RODRIGO CARVALHO |
| Notice Date<br>12/15/2021 | Page<br>1 of 1 | |

RODRIGO DE ANDRADE
c/o STEPHEN BORN
MILLS & BORN ATTORNEYS AT LAW LLC
33 CHELSEA STREET
EVERETT MA  02149

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

\*\*\* ACKNOWLEDGEMENT OF RECEIPT \*\*\*

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 11/19/2021.

You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do.

You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

NOTE FOR INDIVIDUALS WHO HAVE MADE *VANGALA* SETTLEMENT AGREEMENT FILING DATE REQUESTS: If you are receiving this notice after asking USCIS to amend your Form I-589 receipt date under the *Vangala* Settlement Agreement (i.e., "No Blank Space Rejection Policy"), USCIS has changed your receipt date to the date listed above in our systems. If you are in removal proceedings, USCIS has informed the immigration court and the U.S. Immigration and Customs Enforcement Office of the Principal Legal Advisor (ICE OPLA) field office with jurisdiction over your asylum application of this change.

Applicant(s):

| Alien Number | Name |
|---|---|
| A213 401 003 | DE ANDRADE, RODRIGO |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

USCIS Boston Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
5 Post Office Square, Ste. 1462
Boston MA 02109
**USCIS Contact Center: www.uscis.gov/contactcenter**



**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**     Form I-797C  04/01/19