DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

File No.: 213 401 003

Name: CARVALHO-DE ANDRADE, RODRIGO

Date: March 10, 2021

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☒ You must report in (writing) (person) to Duty officer at _____ See I-831 _____ on 04/12/2021 09:00 as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the officer listed above.

☒ You must not violate any local, State or Federal laws or ordinances.

☒ You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

☒ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

Stephen J. Dickson
Deportation Officer
_____
(Name and Title of ICE Official)

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___PORTUGUESE___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____
(Signature of ICE Official Serving Order)

X _____
(Signature of Alien)

03/10/2021
Date

I hereby cancel this order of release because:

☐ The alien failed to comply with the conditions of release.     ☐ The alien was taken into custody for removal.

_____
(Signature of ICE Official Cancelling Order)

_____
Date

ICE Form I-220A (10/20)

ALIEN COPY

Page 1 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (CONTINUATION PAGE)

| Alien Name | | Picture | Right Index Print |
|---|---|---|---|
| CARVALHO-DE ANDRADE, RODRIGO | | | |
| File Number | Date | | |
| 213 401 003 | March 10, 2021 | | |
| Alien's Signature | | | |
| Alien's Telephone Number (if any) | | | |
| 8573465290 | | | |
| Alien's Address | | | |
| 9 Young Terrace | | | |
| Everett        WASHINGTON | 98201 ~~02149~~ | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| LOPEZ, STEPHEN | Deportation Officer |

ICE Form I-220A (10/20)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (ADDENDUM)

File No.: 213 401 003

Name: CARVALHO-DE ANDRADE, RODRIGO

Date: March 10, 2021

☒ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Release on Recognizance.

☐ That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

☐ That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

☒ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☒ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

☐ Other:

(206) 835 0650

X _____
(Signature of Alien)

ICE Form I-220A (10/20)

Page 3 of 5

U.S. Department of Homeland Security

Continuation Page for Form ___I-220A___

| Alien's Name<br>CARVALHO-DE ANDRADE, RODRIGO | File Number<br>213 401 003<br>Event No: YUS2103000173 | Date<br>03/10/2021 |
|---|---|---|

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------------

ICESEATTLE OFFICE 12500 TUKWILA INTERNATIONAL BLVD SEATTLE, WA 98168

| Signature                  STEPHEN LOPEZ | Title<br>Deportation Officer |
|---|---|

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: CARVALHO-DE ANDRADE, RODRIGO

A-File Number: 213 401 003

Date: 03/10/2021

Event ID: YUS2103000173

Subject ID: 370043881

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☐ Detained by the Department of Homeland Security.

☒ Released (check all that apply):

    ☐ Under bond in the amount of $ _____

    ☐ On your own recognizance.

    ☒ Under other conditions. [Additional document(s) will be provided.]

CASTILLO, ERIKA

_____
Name and Signature of Authorized Officer

03/10/2021 12:51 PM
_____
Date and Time of Custody Determination

SDDO
_____
Title

ICE ERO FLORENCE DETENTION FACILITY  FLORENCE, AZ US 85232
_____
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

    ☐ I do request an immigration judge review of this custody determination.

    ☒ I do not request an immigration judge review of this custody determination.

X _____
Signature of Alien

02 | 11 | 2021
_____
Date

---

The contents of this notice were read to CARVALHO-DE ANDRADE, RODRIGO in the PORTUGUESE language.
    (Name of Alien)    (Name of Language)

A. ARVAYO 2554
_____
Name and Signature of Officer

LIONBRIDGE: 1624946
_____
Name or Number of Interpreter (if applicable)

DEPORTATION OFFICER
_____
Title

DHS Form I-286 (1/14)

(253) 779 6000

Page 1 of 1

U.S. Department of Homeland Security                                          Continuation Page for Form _____

| Alien's Name | File Number | Date |
|---|---|---|
| Carvalho-De Andrade, Rodrigo | A 213401003 | 03/10/2020 |

## NOTICE OF CUSTODY DETERMINATION
### (Continuation)

Pursuant to a review conducted to comply with requirements in Fraihat v. ICE, --- F. Supp. 3d ---, 2020 WL 1932570 (C.D. Cal. Apr. 20, 2020), you have been identified as having one or more of the Risk Factors identified by the district court as placing you "at heightened risk of severe illness and death upon contracting the COVID-19 virus."

The Risk Factor(s) in your case are that you:

☐ Are age 55 or over

☐ Are Pregnant

☑ Have a Chronic Care Condition (As confirmed by a medical professional)

   Condition:  **BMI + 25**

Upon review of the totality of the circumstances present in your case, it has been determined that you will:

☑ Be released from custody, subject to conditions referenced on Form I-286

☐ Remain detained, and the following facts form the basis for your continued detention:

   Select Option and Provide Comment

   Comments:

| Signature | | Title |
|---|---|---|
| Stephen Lopez | *Stephen Lopez* | Deportation Officer |

Form I-831 Continuation Page (Rev. 11/01/2020)                                   2 of 2 Pages