# The Commonwealth of Massachusetts

CT 5445

07012019

Commonwealth of Massachusetts
*Registry of Vital Records and Statistics*

## RECORD OF BIRTH

REGISTERED NUMBER:   **2908**
STATE FILE NUMBER:    **051131**

**CHILD**

NAME:   **NOAH    OLIVEIRA    ANDRADE**
SEX:   **MALE**        PLURALITY:   **SINGLE**
DATE OF BIRTH:   **SEPTEMBER 26, 2022**    TIME:   **12:42 PM**
PLACE OF BIRTH:   **CAMBRIDGE, MASSACHUSETTS**

**PARENT**

NAME:   **JOYCE --- DE OLIVEIRA SILVA**
SURNAME AT BIRTH OR ADOPTION:   **DE OLIVEIRA SILVA**
BIRTHPLACE:   **SAO PAULO, SAO PAULO, BRAZIL**
DATE OF BIRTH:   **JUNE 28, 1987**

**PARENT**

NAME:   **RODRIGO --- CARVALHO DE ANDRADE**
SURNAME AT BIRTH OR ADOPTION:   **CARVALHO DE ANDRADE**
BIRTHPLACE:   **SAO PAULO, SAO PAULO, BRAZIL**
DATE OF BIRTH:   **MAY 21, 1988**

AT-BIRTH RESIDENCE:   **EVERETT, MASSACHUSETTS**

DATE OF RECORD:   **OCTOBER 17, 2022**

DATE ISSUED:   **OCTOBER 17, 2022**

*I, the undersigned, hereby certify that I am the Clerk of the City of Cambridge; that
such I have custody of the records of birth, marriage, and death required by law to
kept in my office; and I do hereby certify that the above is a true copy from said rec
as held in the Commonwealth's central vital records information repository.*

*Clerk*
City of Cambridge

ILLEGAL TO ALTER OR REPRODUCE

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED