



IAUSA2134010032I0E0934358863<<
8805212M3011054BRA<<<<<<<<<<<3
DE<ANDRADE<<RODRIGO<CARVALHO<<

**Reconhecimento de Recebimento – CARTÃO EAD**

Eu, _Joyce de Oliveira Silva_ , reconheço que compareci

à Mills and Born, LLC para retirar meu cartão EAD e que devo renovar meu documento de

trabalho **6 a 7 meses antes de expirar**. Entrarei em contato com a Mills and Born, LLC para

agendar uma consulta e verificar se houve alguma alteração nos requisitos.

Nome do Beneficiário: _Rodrigo Carvalho de Andrade_

Assinatura: _____

Data: _11/21/25_

Testemunha (se aplicável): _____

Assinatura: _____

Data: _____