## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**RODRIGO CARVALHO DE ANDRADE,**
    **Petitioner,**


    **v.**                                                        **C.A. No. 26-183 JJM**


**MICHAEL NESSINGER, et al.,**
    **Respondents.**


### JUDGMENT

**[   ]** Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[ X ]** Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

    Pursuant to this Court's Order entered on April 6th, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered granting Petitioner Rodrigo Carvalho de Andrade, 's Petition for Writ of Habeas Corpus.


    It is so ordered.


April 6, 2026                                    By the Court:


                                                /s/ Ryan H. Jackson
                                                Deputy Clerk